Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                          )<br>                              Plaintiff,   )<br>                                                          )<br>            v.                                         )<br>                                                          )<br>RIGOBERTO CRUZ-BALDERAS,  )<br>                                                          )<br>                              Defendant.  )<br>_____ ) | NO.   CR08-0166RSM<br><br>ORDER GRANTING STIPULATED<br>MOTION EXTENDING DEADLINE<br>SUBMIT MOTIONS |

Before this Court is a Stipulated Motion to Continue the Motions Deadline until June 27, 2008;

The Court finds, after a consideration of all relevant information and the circumstances of this case that the ends of justice would best be served by the granting of this request for continuance of motions deadline until Monday, June 27, 2008.

For all the reasons presented in the files and records herein, the Court finds that the Motion to Continue motions deadline should be GRANTED.  Motions shall be filed by June 27, 2008.

IT IS SO ORDERED

DATED this _16_ day of June, 2008

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER TO EXTEND MOTIONS
DEADLINE/ CRUZ-BALDERAS— 1
CR08-0166RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Presented by:

2  *s/Roger S. Rogoff*
ROGER S. ROGOFF
3  Assistant United States Attorney
WSBA No. 23362

4

5

*s/Michael Filipovic per telephonic approval*
6  MICHAEL FILIPOVIC
Assistant Federal Public Defender

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO EXTEND MOTIONS
DEADLINE/ CRUZ-BALDERAS— 2
CR08-0166RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970